**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| WOODROW DILLEY ET AL | CIVIL ACTION NO.  6:24-0875 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SEARS | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

    This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE**, consistent with the Report and Recommendation.

    **THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of July, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE